IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VAN THI LE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-120-KC |
| § | |
| MARY DE ANDA-YBARRA et al., § | |
| § | |
| Respondents. § | |

**ORDER**

On this day, the Court considered Van Thi Le's Petition for a Writ of Habeas Corpus, ECF No. 1.  On January 22, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted.  Jan. 22, 2026, Order 2, ECF No. 2. Respondents were to specify: the circumstances that make Le's removal likely, what concrete steps and obstacles remain to effectuate removal, and the anticipated timeline for completion.  *Id.* at 2–3.

Le was detained on January 19, 2026.  Resp. Ex. A ("Garite Decl.") ¶ 14, ECF No. 3-1. And, "[w]hile Le's completed travel document request has not been sent yet" Enforcement and Removal Operations ("ERO") El Paso expects to submit a completed travel document request to the Detention and Deportation Officer ("DDO") on February 9, 2026, for internal approval.  *Id.* ¶¶ 18–19, 21.  From there the DDO "review process" will take about six to eight weeks.  *Id.* Respondents do not anticipate any impediments in securing travel documents and "repatriating Le to Vietnam in the reasonably foreseeable future."  *Id.* ¶ 22.

2

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **no later than March 6, 2026**, specifying:

(1) Whether Le's travel document request has been submitted to the DDO for approval,

(2) Whether Le's travel document request has been approved internally,

(3) Whether Le's travel document request has been submitted to Vietnam, and

(4) The anticipated timeline for Le's removal from the United States.

Separately, upon due consideration, the Court **ORDERS** that the stay preventing Le's transfer or removal from the El Paso Division is **VACATED**.

**SO ORDERED**.

**SIGNED** this 6th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE