**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VAN THI LE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-120-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On February 6, 2026, the Court ordered Respondents to specify whether Le's travel document request had been submitted and approved internally, submitted to Vietnam, and the anticipated timeline for completion.  Feb. 6, 2026, Order, ECF No. 4.

Respondents now state that on February 26, "Le[] refused to assist with the completed Form I-217 to obtain travel documents."  Resp. Ex. A ("Molina Decl.") ¶ 6, ECF No. 5-1.  Thus, her travel document request has not been approved internally nor submitted to Vietnam.  *Id.* ¶¶ 7, 9.  Lastly, Enforcement and Removal Operations El Paso "coordin[ated] a phone call between Le and her attorney to continue with removal efforts" on March 6.  *Id.* ¶ 10.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **<u>no later than April 9, 2026</u>**, specifying:

(1) Whether Le has cooperated in her removal efforts,

(2) Whether Le's travel document request has been submitted to the DDO for approval,

(3) Whether Le's travel document request has been approved internally,

(4) Whether Le's travel document request has been submitted to Vietnam, and

(5)  The anticipated timeline for Le's removal from the United States.

**IT IS FURTHER ORDERED** that Le may **FILE** a reply, **by no later than March 23, 2026**, if she wishes to provide any additional information in support of her Petition to the Court.

**SO ORDERED**.

**SIGNED this 9th day of March, 2026.**


KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE