**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **VAN THI LE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-120-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case. Le is a Vietnamese citizen who was ordered removed from the United States in 2012 but released on an Order of Supervision that same year. Pet. ¶¶ 52–60, ECF No. 1. On January 19, 2026, she was re-detained and, shortly thereafter, filed this Petition seeking release. *See id.* ¶ 62. After a series of Court-ordered status updates, Respondents now state that a travel document request was completed and translated. Decl. Veronica A. Molina ("Molina Decl.") ¶¶ 5–8, ECF No. 8-1. On April 7, 2026, it was submitted for internal review, and upon approval, will be submitted to Vietnam. *Id.* ¶¶ 8–10.

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **<u>no later than May 11, 2026</u>**, specifying:

(1) Whether Le's travel document request has been approved internally,

(2) Whether Le's travel document request has been submitted to Vietnam, and

(3) The anticipated timeline for Le's removal from the United States.

Respondents are **CAUTIONED** that the Court will not look favorably upon a failure to complete internal review and submit the travel document request to Vietnam by May 11, 2026.

2

**SO ORDERED**.

**SIGNED this 14th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE